IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


CATHY THOMPSON, et al.                    )
                                          )
v.                                        ) NO. 3-09-0603
                                          ) JUDGE CAMPBELL
UNITED BENEFITS OF AMERICA,               )
LLC, et al.                               )


ORDER

This action was reassigned to this Court on July 30, 2010 (Docket No.76).  In light of the

parties' settlement (*see* Docket No. 40), the jury trial set for January 10, 2011, and the pretrial

conference set for December 6, 2010 (*see* Docket No. 26), are canceled.

IT IS SO ORDERED.


TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE