IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CATHY THOMPSON, et al. | ) |
| | ) |
| v. | ) NO. 3-09-0603 |
| | ) JUDGE CAMPBELL |
| UNITED BENEFITS OF AMERICA, | ) |
| LLC, et al. | ) |

ORDER

Pending before the Court are Defendants' *Ex Parte* Motion to Stay (Docket No. 78) and counsel for Defendants' Motion to Withdraw (Docket No. 79).

Defendants' Motion to Stay (Docket No. 78) is DENIED. Defendants have failed to provide sufficient information for the Court to determine that the requested relief is necessary or why the Motion is *ex parte*.

Defendants' counsel's Motion to Withdraw (Docket No. 79) is DENIED for failure to comply with Rule 83.01(g) of the Local Rules of Court.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　TODD J. CAMPBELL
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE